# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-80 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Ruslan Furman, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Extension of Deadlines and Continuance of Proceedings (ECF No. 49). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (ECF No. 50). Defendant moves for an extension of the motions filing deadline to August 26, 2019, and a continuance of the September 12, 2019 motions hearing. The Government has no objection to Defendant's motion. (ECF No. 49 at 3-4.)

Defendant's motion is based on several grounds. Defense counsel is reviewing voluminous discovery provided by the Government and recently "learned that additional extensive disclosures are currently being prepared for delivery." (ECF No. 49 at 2.) Further,

> [i]t was discovered in the course of review and in consultation with the [G]overnment . . . that an audio recording of an interview of . . . [D]efendant which is the subject matter of a motion to suppress . . . was inadvertently omitted from the original batch of disclosures, and the [G]overnment is currently tracking it down so it can be made available to the defense.

(ECF No. 49 at 2.) Defense counsel also has previously scheduled travel outside the United

1

States, which conflicts with the September 12 hearing date.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Extension of Deadlines and Continuance of Proceedings (ECF No. 49) is **GRANTED**.

2. The period of time from **August 19 through October 3, 2019**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 26, 2019**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of the undersigned.[2]

4. **Counsel shall electronically file a letter on or before August 26, 2019, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **September 9, 2019**. D. Minn. LR 12.1(c)(2).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).
[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Suite 9W, Minneapolis, MN 55415.

6.  Any Notice of Intent to Call Witnesses shall be filed by **September 9, 2019**. D. Minn. LR. 12.1(c)(3)(A).

7.  Any Responsive Notice of Intent to Call Witnesses shall be filed by **September 16, 2019**. D. Minn. LR 12.1(c)(3)(B).

8.  A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.  The Government makes timely disclosures and a Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.  Oral argument is requested by either party in its motion, objection or response pleadings.

9.  If required, the motions hearing must be heard before the undersigned on **October 3, 2019, at 1:00 p.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

10. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: August 21, 2019         *s/ Tony N. Leung*
                                                      Tony N. Leung
                                                      United States Magistrate Judge
                                                      District of Minnesota

                                                      *United States v. Furman*
                                                      Case No. 18-cr-80 (SRN/TNL)